SCHOPPS, Appellant, vs. SCHOPPS, Respondent.

For the appellant: *Thomas C. Kelly,* attorney, and *Timlin & Dean* and *William H. Timlin* of counsel, all of Milwaukee.

For the respondent: *Hennessey & Glick,* attorneys, and *Vincent D. Hennessey* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

FRITZ, J., took no part.

*June 11, 1930.*

WOLDT, Appellant, vs. LEITERMAN, Respondent.

For the appellant: *Kittell, Jaseph, Young & Everson* of Green Bay.

For the respondent: *Sheridan, Evrard & Evrard* and *Clarence Dorschel,* all of Green Bay.

*By the Court.*—Judgment affirmed.

WILL OF EICHOLZ: EICHOLZ, Contestant, Appellant, vs. MARKS, Executor, and others, Respondents.

For the appellant: *Fred Arnold* of Eau Claire.

For the respondents: *Hill, Beckwith, MacIntyre & Harrington* of Madison.

*By the Court.*—Judgment affirmed.

FRITZ, J., took no part.